Case 09-15953 Filed 06/26/09 Doc 3

2009-15953
FILED
June 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001918799

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re  )
Joseph George Tkac  )
Patricia Ruth Tkac  )
 )  Case No.
 )
 )
Debtor(s).  )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ] on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of __ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ ] typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

**OR**

[ X ] electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __30__ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: June 23, 2009         /s/ Joseph George Tkac
                              Debtor's Signature
DATED: June 23, 2009         /s/ Patricia Ruth Tkac
                              Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Joseph George Tkac and Patricia Ruth Tkac

American Express
c/o Becket and Lee
Po Box 3001
Malvern, PA 19355

Angela Marchbanks
1560 Viewpoint Dr.
Oxnard, CA 93035

Avelo Mtg.
Post Office Box 660138
Dallas, TX 75266

Bac / Fleet Bankcard
Po Box 26012
Greensboro, NC 27420

Bank Of America
4060 Ogletown/Stan
Newark, DE 19713

Bmw Bk No Am
2735 E Parleys Ways Ste
Salt Lake City, UT 84109

Bmw Financial Services
Po Box 3608
Dublin, OH 43016

Capital One Bank USA, N.A.
Post Office Box 30285
Salt Lake City, UT 84130-0285

Chase - Cc
Attention:  Banktruptcy Department
Po Box 15298
Wilmintgon, DE 19850

Citi
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64915

CitiMortgage Co.
Attn: Bankruptcy Dept.
Post Office Box 79022
MS322
Saint Louis, MO 63179

Citimortgage Inc.
Attn: Bankruptcy Dept.
Post Office Box 79022 MS322
Saint Louis, MO 63179

```
Countrywide Home Lending
Attention: Bankruptcy  SV-314B
Po Box 5170
Simi Valley, CA 93062

Daniel P. Jelladian
C/O: Richard A. Harris
Wild, Carter & Tipton
246 West Shaw Ave.
Fresno, CA 93704

Derrel's Mini Storage
3502 W. San Jose Ave.
Fresno, CA 93722

Discover Fin
Po Box 15316
Wilmington, DE 19850

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Emily Rainsford
611 Lurline Place
Santa Rosa, CA 95405

GEMB / Walmart
Attention:  Bankruptcy
Po Box 103106
Roswell, GA 30076

Gmac Mortgage Co.
Attn. Bankruptcy Dept
1100 Virginia Dr.
Fort Washington, PA 19034

Golden 1 Credit Union
Attn: Collections
Po Box 15966
Sacramento, CA 95852

Gottschalks
Po Box 703
Wood Dale, IL 60191

Marke Moline/Greenhead Investments, Inc.
2152 Weltzer Rd.
Santa Rosa, CA 95403

Peoples Bk Credit Card Services
Attn: Bankruptcy
Po Box 7092 Rccb 0680
Bridgeport, CT 06601
```

```
Randy Wilkins
2271 S. Phillip Ave.
Fresno, CA 93727

Tnb-visa
Po Box 9475
Minneapolis, MN 55440

Toyota Lease
Post Office Box 78103
Phoenix, AZ 85062

Unvl/citi
Attn.: Centralized  Bankruptcy
Po Box 20507
Kansas City, MO 64195

Valley Flooring
324 N. Minnewawa Ave.
Clovis, CA 93612-0207

Washington Mutual Mortgage
Attn: Bankruptcy
Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256
```