

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721−1318

(559) 499−5800
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

FILED

7/30/09

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

dmof

# NOTICE TO FILE PROOF OF CLAIM DUE TO POSSIBLE RECOVERY OF ASSETS

Case Number:   09−15953 − A − 7

Debtor Name(s), Social Security Number(s), and Address(es):

Joseph George Tkac
xxx−xx−6827

6187 W Pinedale Ave
Fresno, CA 93722

Patricia Ruth Tkac
xxx−xx−1150

6187 W Pinedale Ave
Fresno, CA 93722

**Deadline to File a Proof of Claim:**

Proof of Claim must be received by the Bankruptcy Clerk's Office by **10/30/09**

**NOTICE IS HEREBY GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a Proof of Claim. Since that notice was sent, the trustee has notified the court that payment of a dividend appears possible.

Creditors who wish to share in any possible distribution of funds must file a Proof of Claim with the Clerk of the Bankruptcy Court at the address above on or before the date indicated above. Claims which are not filed by the date indicated above will not be allowed except as otherwise provided by law.

A Proof of Claim form is included with this notice. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a photocopy of your completed Proof of Claim form together with a stamped, self−addressed envelope. There is no fee for filing a Proof of Claim. Any creditor who has filed a Proof of Claim in this case already need not file another.

Dated:
7/30/09

For the Court,
Richard G. Heltzel , Clerk