Page: 1  Document Name: Cyndi

IAPS KE       5561                                    CLIENT 6053 PROV 000001
              INQUIRE ACCOUNT PREVIOUS STATEMENT    SPEC     .00 ( 06 )
JOSEPH G TKAC              MIN PMT         176.71 STMT DATE 06/23/09
BILLING DYS  31 ACT APR    24.240 STMT PMT 662.23 DUE DATE  07/15/09
TC  P DT T DT   AMOUNT     REFERENCE NUMBER        DBA NAME    CITY ST

0402 0615 0615 $    39.00                          LATE PAYMENT FE
0408 0623 0525 $    39.00                          OVERLIMIT FEE J 9
0403 0623 0623 $    18.43                          PURCHASE FINANC
0403 0623 0623 $    48.28                          PURCHASE FINANC

PURCHASE                                           |PREV BAL      3,158.44
  ADB       PERIODIC RTE   APR     FIN CHG         |PURCHASE           .00
   894.85   0.066411   D   24.24     18.43         |CASH               .00
                                                   |LATE FEES        39.00
BTS                                                |OTHR FEES        39.00
  ADB       PERIODIC RTE   APR     FIN CHG         |FIN CHGS         66.71
 2,344.71   0.066411   D   24.24     48.28         |PAYMENTS           .00
                                                   |NEW BAL       3,303.15

F1=HELP F3=EXIT F4=CUST F5=EVTS F6=WORK F7=PBWD F8=PFWD F9=ACCT PA1=KEYS  F

/18/2009 Time: 9:37:24 AM

7610384

FILED
September 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002118154

```
Page: 1  Document Name: Cyndi

WCAD KEY      5561                              CLIENT 6053 PROV 000001
( 1849 OF 1849 )  DEFLT   COLLECTION ACCOUNT DETAIL  STAT CO07 CR07 PD06 X
JOSEPH G TKAC                    BA      3,441.96   OPEN 062106 TYPE   TAP
                                 PD        761.68   LPAY 021009       100.00
6197 W PINEDALE AVE              OL        431.96   LPUR 052107     1,800.00
                        US       LM      3,010.00   LCAS                0.00
FRESNO           CA 93722-286897 FP          0.00           LMT 002 032309 R
FRESNO INFINITI                  DU        868.04   092109 MPD 000           M
                        CYC 28   OPT 001            TSYS MP CLIENT RBS      T
SS          SS 000000000 STM 037 CAT    NBR   AMT   PCY BOC EOC
H 8888888888 H 000000000 ACT 175 1-30   002  99.45   1  121 151
B 8888888888 B 000000000 BRP 000 31-60  001 176.71   2  091 121
NC1  TI1 0  NC2    TI2   NSF 000 61-90  001 169.75   3  061 091
ACCT REL                 INS     N      91-120 001 128.12  4  031 061
LANG   ENU  CRD 000 000 0809 DIS N      121-150 001 110.98 5  001 031
AGNY        SCR 00001 389    OVD N      151-180 001  76.67 6  000 001
OPER CXDECR 12:00A   010100  CHK N      181-210 000   0.00 7  000 000
 CHPT 7 FILED 06.26.09 CASE # 09-15953 NO ASSET
ASSETS, FILING POC ESTRN DIST OF CALIFORNIA
TS2TRD 12:49A 091709 TRIAD SPID UPDATED
AUTO 10:54P 091509 ACCOUNT CHARGED OFF
AC    RS    PR          NW      AT      CORR                 XF
B012800000000 - ACCOUNT LEVEL TERM BAL OVERRIDES IN EFFECT
F1=HELP F2=XFR F3=EXIT F4=ADMSG F5=EVT F6=RELACT F7=PBWD F8=PFWD PA1=KEYS F
```