FORM L51 Final Decree (v.7.06)                             09-15953 - A - 7



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**5/12/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

crof

# FINAL DECREE

Case Number:    09-15953 - A - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Joseph George Tkac
xxx-xx-6827

6187 W Pinedale Ave
Fresno, CA 93722

Patricia Ruth Tkac
xxx-xx-1150

6187 W Pinedale Ave
Fresno, CA 93722

Trustee:

Sheryl Ann Strain
1875 E Alluvial #101
Fresno, CA 93720

Telephone Number:    559-297-3266

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
5/12/10

For the Court,
Richard G. Heltzel , Clerk